IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| SPECIALIZED MONITORING SOLUTIONS LLC, § § § | | |
| *Plaintiff*, § § | | |
| v. § | | |
| LUTRON ELECTRONICS CO., INC. § § | CASE NO. 2:16-CV-0187-RWS-RSP LEAD CASE | |
| *Defendant* § § | | |
| SENSORMATIC ELECTRONICS, LLC and TYCO INTEGRATED SECUIRTY, LLC, § § § | CASE NO. 2:16-CV-0484-RWS-RSP | |
| *Defendants* | | |

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff, Specialized Monitoring Solutions LLC ("SMS"), and Defendant, Trane Inc. ("Trane"). The Court having fully considered the Motion along with all other papers on file with the Court is of the opinion that the Motion should be, and is hereby, GRANTED. It is therefore ORDERED that all claims of SMS against Trane and all claims of Trane against SMS shall be, and are hereby, DISMISSED WITH PREJUDICE with each party bearing its own attorney's fees, costs, and expenses in connection herewith.

**SIGNED this 23rd day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE